Petition for Writ of Mandamus Denied and Opinion filed February 20, 2003









Petition for Writ of Mandamus Denied and Opinion filed
February 20, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00172-CV

____________

 

IN RE MICHAEL ANTHONY MOORE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 12, 2003, relator,
an inmate, filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.  In his petition, he seeks to have this Court
compel the judge of the 272nd District Court of Brazos County, Texas, to rule
in his motions for forensic DNA testing.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed February 20, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.